# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>DEANDRE J. WHITE<br><br>*Defendant(s)* | Case No. 4:20 MJ 0212 DDN<br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 12, 2020** in the county of **City of St. Louis** in the **Eastern** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
I state under penalty of perjury the forgoing is true and correct.

*Complainant's signature*

Special Agent Larry Stoddard, ATF

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to the Federal Rules of Criminal Procedure 4.1 and 41.

Date: 08/12/2020

/s/ David D. Noce

*Judge's signature*

City and state: St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*

AUSA HOAG